IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARYANN MISIOLEK,
          Plaintiff    :

v.    :

THE HERSHEY COMPANY    :    NO. 1:16-CV-02306-JEJ
          Defendant    :

:    JURY TRIAL DEMANDED

## ORDER

AND NOW, this 20th day of September, 2017, upon consideration of Plaintiff's Motion to Dismiss with Prejudice Pursuant to F.R.C.P. 41, it is hereby ORDERED that Plaintiff's Motion is GRANTED and this matter shall be dismissed with prejudice and without fees and/or costs against either party.

_____
Honorable John E. Jones III